UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN DE TAGLE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SUPERIOR COURT OF SANTA CLARA COUNTY,<br><br>Defendant. | Case Nos.   5:23-cv-05174 EJD<br><br>**JUDGMENT** |

For the reasons stated in the order dismissing complaint, this action is DISMISSED with prejudice.  Judgment is entered accordingly.

**IT IS SO ORDERED.**

Dated:   October 30, 2023

EDWARD J. DAVILA
United States District Judge